# EXHIBIT 1

## THE ARSONS





## THE ARSONS




# THE ARSONS



# THE ARSONS





## THE DESTRUCTION





## THE LOOTING







# <u>THE SEARCH</u>







# THE DRAWING



## <u>THE DRAWING</u>



## THE TATTOO

