AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk



| United States of America | ) | |
| | ) | |
| v. | ) | Case No. MJ20-336 |
| | ) | |
| MARGARET AISLINN CHANNON | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)      MARGARET AISLINN CHANNON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Arson, 18 U.S.C. 844(f)(1) and 844(i)

Date:      06/11/2020

_____
Issuing officer's signature

City and state:      Seattle, Washington

Michelle L. Peterson, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on (date) 6/11/2020, and the person was arrested on (date) 6/11/2020 at (city and state) TACOMA |
| Date: 6/12/2020         #5419 _____ Arresting officer's signature    SA GREG HELLEN    Printed name and title |