THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ 20-336-MLP |
| Plaintiff, | ) | |
| | ) | PRAECIPE |
| vs. | ) | |
| MARGARET CHANNON, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please issue an electronic subpoena in blank for use in pretrial motions and trial in the above-captioned criminal case. Please forward the subpoena to the attention of Assistant Federal Public Defender Vanessa Pai-Thompson, and Federal Public Defender Investigator Charles Formosa, at the address listed below. Thank you.

Charles Formosa, Investigator
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100
Charles_Formosa@fd.org

PRAECIPE
(US v. Margaret Channon; MJ20-336MLP)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**