# THE ARSONS




# THE ARSONS



# THE ARSONS



# THE ARSONS



# THE DESTRUCTION




# THE DESTRUCTION



# **THE LOOTING**







# **THE LOOTING**





# THE SEARCH



# THE DRAWING



# THE DRAWING



# THE TATTOOS




