# THE ARSONS




## THE ARSONS



# THE ARSONS



## THE ARSONS



## **THE DESTRUCTION**




## THE DESTRUCTION



# THE LOOTING







# THE LOOTING





## THE SEARCH



## THE DRAWING



## **THE DRAWING**



# THE TATTOOS




