# EXHIBIT 2

## Timeline of Police Contacts

### Baltimore, Maryland

September 2016:    Arrested for Larceny/Shoplifting

September 6, 2016:    Arrested for Failure to Appear

December 2016
- Arrested for Larceny, Malicious Destruction, False Statements
- Shoved bike into police officer and fled on foot (per police report)

December 27, 2016:    Arrested for Failure to Appear

February 16, 2017:    Arrested for Failure to Appear

December 2017:    Failure to Appear warrant issued

### Sidney, Nebraska

October 15, 2018
- Arrested for Shoplifting
- Found in possession of hallucinogens (per police report)

### Brewster County, Texas

February/March 2019:    Missing person report

February 11, 2019:    Reported missing

March 14, 2019:    Located