THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET CHANNON,<br><br>    Defendant. | No. MJ 20-336-MLP-JCC<br><br>(PROPOSED) ORDER TEMPORARILY SEALING APPENDIX A TO THE DEFENSE'S RESPONSE TO THE GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER |

THIS MATTER has come before the undersigned on the defense's motion to file the detention review hearing transcript, Appendix A, under seal for ninety days. The Court has considered the motion and records in this case and finds that temporary sealing to allow for standard redaction procedures is appropriate.

IT IS ORDERED that Appendix A, the detention review hearing transcript, be filed under seal for ninety days, after which it shall be automatically unsealed.

DONE this ____ day of July, 2020.


_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Margaret Channon

---

(PROPOSED) ORDER TEMPORARILY SEALING APPENDIX A TO THE DEFENSE'S RESPONSE TO THE GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER
(*USA v. Margaret Channon*; MJ20-336-MLP-JCC)- 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100