UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET AISLINN CHANNON,<br><br>　　　　　　　　Defendant. | NO. MJ20-336<br><br>**NOTICE OF APPEAL TO<br>TO THE NINTH CIRCUIT** |

Pursuant Federal Rules of Appellate Procedure 4(b) and 9(a) of the notice is hereby given that, pursuant to 18 U.S.C. §§ 3145 and 3731, the United States of America appeals to the United States Court of Appeals for the Ninth Circuit from the July 20, 2020 order of the District Court granting the defendant's request for release on bond pending trial.

　　DATED this 21st day of July, 2020.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN T. MORAN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*/s Helen J. Brunner*
　　　　　　　　　　　　　　　　HELEN J. BRUNNER
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　700 Stewart, Suite 5220
　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　Phone: (206) 553-5172
　　　　　　　　　　　　　　　　Fax: (206) 553-0755
　　　　　　　　　　　　　　　　E-mail: Micki.Brunner@usdoj.gov

NOTICE OF APPEAL
*United States v. Channon,* MJ20-336 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970